IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN DILLARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:87cv1290-T |
| CITY OF SHEFFIELD, | ) | (WO) |
| | ) | |
| Defendant. | ) | |

OPINION

By order entered on June 23, 2003, the court granted the plaintiffs' motion for proceedings leading to dismissal of this action, filed June 2, 2003, to the extent that defendant City of Sheffield was "to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared."  The court further stated that, "If the plan has been precleared by then, the court will then award counsel for plaintiffs an attorney's fee of $ 500.00, and this case will be dismissed."

On May 12, 2005, the City of Sheffield filed with the court a notice from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the City of Sheffield has obtained preclearance, as required by § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c.  Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 17th day of May, 2005.


　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE