```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,         )
                              )
    Plaintiffs,               )
                              )
    v.                        )    CIVIL ACTION NO.
                              )      2:87cv1290-T
CITY OF SHEFFIELD,            )         (WO)
                              )
    Defendant.                )
```

### JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The plaintiffs shall have and recover from defendant City of Sheffield the amount of $ 500.00 for attorney's fees.

    (2) This lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 17th day of May, 2005.**


                                     /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**